UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -8 AM 10: 09
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>(1)   Charles HARVEY,<br>            Defendant<br><br>(2)   Alejandro Abad MACIAS-Garcia,<br>            Defendant | Magistrate Case No.<br><br>'08 MJ 2456<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about **August 6, 2008,** within the Southern District of California, Defendant **Charles HARVEY** and Defendant **Alejandro Abad MACIAS-Garcia,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Pedro FUENTES-Oñate, Lorenzo FUENTES-Fuentes, and Gerardo HERNANDEZ-Enriquez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Angie Salazar
U.S. Immigration & Customs Enforcement,
Special Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **8** DAY OF **AUGUST, 2008.**

_____
Louisa S. Porter
United States Magistrate Judge

## STATEMENT OF FACTS

Furthermore the complainant states that, **Pedro FUENTES-Oñate, Lorenzo FUENTES-Fuentes, and Gerardo HERNANDEZ-Enriquez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

I declare under penalty of perjury, the following is true and correct:

On August 6, 2008, Immigration and Customs Enforcement (ICE) Agents received information from a Source of Information that a tractor trailer was driving to the intersection of Faivre Street and 27th Street in Chula Vista, California. The Source of Information stated that the trailer contained illegal aliens, and described the tractor as a blue tractor bearing California plate number 9E14832 attached to a trailer.

Prior investigations reveal that alien smuggling organizations often utilize tractor trailers to transport illegal aliens due to their large capacity and the ability to hide loads of aliens and/or contraband among legitimate merchandise in the cargo trailers. This concealment ability allows for a lower chance of detection at inspection points and checkpoints. Previous investigations have also disclosed that smuggling organizations often transfer the aliens from the trailers to smaller more maneuverable vehicles upon reaching city areas. The trailers are often driven to a prearranged location where a rapid transfer of illegal aliens can be accomplished with little or no detection by law enforcement.

ICE Special Agents and U.S. Border Patrol Agents began surveillance at said intersection and observed the tractor trailer described by the source of information drive onto Faivre Street and stop the vehicle. Faivre Street is a darkened, alley-like street with little traffic and is located in a predominantly industrial area of Chula Vista, California. Shortly after, a white van drove up and parked next to the tractor trailer. A short while later, the van conducted a U-turn and began to drive away and the tractor trailer also departed. Both vehicles traveled in different directions. Agents followed the white van and the tractor trailer.

The tractor trailer was followed until it pulled to the side of the street on its own accord at Broadway Avenue just north of the Oxford Street intersection in Chula Vista, California. At that time, Agents approached the trailer and identified themselves as federal agents. Agents discovered that the tractor trailer was being driven by Charles HARVEY. Agents also encountered Jose Luis Andrade-Arias seated in the front passenger seat. Agents questioned both as to their citizenship and nationality. HARVEY was determined to be a United States citizen. Andrade was determined to be an undocumented alien present in the United States without admission. An inspection of the trailer revealed a trap door built into the floor of the trailer which would allow persons to climb into or out of the cargo area of the trailer from below. Inside the trailer, Agents discovered discarded trash, water bottles, and pieces of clothing indicating that the cargo space had been recently occupied. Agents found that the inside of the tractor trailer was extremely hot and that there were no means of escape from the inside. Agents believed that illegal aliens had been transferred from the trailer to the white van while they were parked on Faivre Street. Agents then communicated the information to the other Agents following the white van and requested a vehicle stop to identify any other illegal aliens.

ICE and U.S. Border Patrol Agents surveilling the white van activated their emergency lights and sirens and attempted to conduct a vehicle stop of the white van near Ocean view Blvd. and 33rd Street in San Diego,

California. The white van pulled to the side of the street and several persons in the white van bailed out and began running away in an attempt to abscond. Agents ultimately encountered twenty subjects who had been traveling in the white van, including the driver, later identified as Alejandro Abad MACIAS-Garcia. Agents conducted an immigration inspection of each subject and determined all of the subjects, including MACIAS, to be undocumented aliens present in the United States without admission. Registration checks of the white van, California license plate number 7T41587, revealed that HARVEY is the registered owner.

All of the subjects were placed under arrest and transported to the Imperial Beach Border Patrol Station for further questioning and investigation.

### STATEMENT OF DEFENDANT: (MACIAS-Garcia)

On August 7, 2008, at approximately 3:40am, Alejandro Abad MACIAS-Garcia provided a post-Miranda statement to U.S. Border Patrol Agent J. Quintero and ICE Special Agent L. Coburn. MACIAS admitted to being a citizen and national of Mexico with no legal right to be in or remain in the United States. MACIAS admitted to being engaged in alien smuggling on August 6, 2008 by assisting in the transportation of illegal aliens in the United States. MACIAS stated that he was contacted by an acquaintance asking MACIAS if he wanted to drive a load of undocumented aliens. Macias agreed and was instructed to pick-up a transport van, and was told that the keys would be located on the drivers' side front tire. MACIAS was given instructions to drive the van to Main Street in Chula Vista, California and wait until he saw a tractor-trailer. He was told that the tractor-trailer would be heading west on Main Street and would then turn south onto Broadway Avenue. MACIAS stated that he was to wait five minutes after the tractor-trailer proceeded past his assumed location at which time he was to drive the van and park next to the tractor-trailer. MACIAS was instructed to wait until the illegal aliens were loaded into the van and then he was to leave to the pre-arranged location. MACIAS admitted to knowing that transporting undocumented aliens within the United States is a violation of law. MACIAS stated that he was to be paid $200.00 USD to transport the undocumented aliens.

### STATEMENT OF MATERIAL WITNESS (FUENTES-Oñate)

On August 7, 2008, in a video-recorded interview, Pedro FUENTES-Oñate provided ICE Special Agents A. Salazar and A. Rios the following statement under oath:

FUENTES-Oñate stated that he is a citizen and national of Mexico with no legal right to be in or remain in the United States. FUENTES-Oñate stated that he last entered the United States on or about August 6, 2008 near Tecate, California. FUENTES-Oñate stated that he made arrangements to be smuggled into the United States for a fee of $3,000.00 USD. FUENTES-Oñate stated that once he and the group arrived into the United States a guide instructed him into a vehicle that drove him to a tractor trailer. FUENTES-Oñate stated that he was transported in the tractor trailer to another location and was then transferred into a van. FUENTES-Oñate stated that it was very hot in the tractor trailer, and that they were given a small amount of water to be shared amongst the entire group. FUENTES-Onate stated that there was no means of escape from inside the trailer, that if someone did not open the trap door they would have died. FUENTES-Oñate was presented with photographs numbered 1 through 23, he was unable to identify anyone.

### STATEMENT OF MATERIAL WITNESS (FUENTES-Fuentes)

On August 7, 2008, in a video-recorded interview, Lorenzo FUENTES-Fuentes provided U.S. Border Patrol Agents M. Leon and A. Hinojosa the following statement under oath:

FUENTES-Fuentes stated that he is a citizen and national of Mexico with legal documentation allowing him to remain in the United States. FUENTES-Fuentes stated that he last entered the United States on August 6, 2008. FUENTES-Fuentes stated that his father made arrangements to be smuggled to the United States for $3,200.00

dollars. FUENTES-Fuentes was presented with photographs numbered 1 through 23 and identified photograph number 23 as the driver of the last van that he was transported in. Photograph number 23 corresponds to Alejandro Abad MACIAS-Garcia.

### STATEMENT OF MATERIAL WITNESS (HERNANDEZ-Enriquez)

On August 7, 2008, in a video-recorded interview, Gerardo HERNANDEZ-Enriquez provided U.S. Border Patrol Agent J. Petra and ICE Special Agent P. Mackenzie the following statement under oath:

HERNANDEZ-Enriquez stated that he is a citizen and national of Mexico with no right to be in or remain in the United States. HERNANDEZ- Enriquez stated that he traveled from Jalisco, Mexico to Tijuana, Baja California, Mexico in an attempt to enter into the United States illegally. HERNANDEZ-Enriquez made arrangements to be smuggled into the United States for a fee of $3,500.00 USD. HERNANDEZ-Enriquez stated that while in the tractor trailer it was very hard to breathe. HERNANDEZ-Enriquez stated that they were transferred from the tractor trailer into a van, he stated that in the van he feared for his life because the driver was driving at a high rate of speed and in an unsafe manner. HERNANDEZ-Enriquez was presented with photographs numbered 1 through 23 and identified photograph number 17 as the individual who let a guide use his phone in the tractor trailer, HERNANDEZ-Enriquez also stated that the individual in photograph number 17 went and got water for the group. Photograph number 17 corresponds to Jose Luis Andrade-Arias.

Charles HARVEY and Alejandro Abad MACIAS-Garcia are being held for prosecution in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii). Pedro FUENTES-Oñate, Lorenzo FUENTES-Fuentes, and Gerardo HERNANDEZ-Enriquez are being held as material witnesses against HARVEY and MACIAS pursuant to 18 USC 3144.