```
                        FILED
                   08 AUG 20 PM 4:44
                   CLERK, U.S. DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA

                   BY:            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2789 WQH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., |
| CHARLES HARVEY (1), ) | Secs. 1324(a)(1)(A)(ii) and |
| ALEJANDRO ABAD ) | (v)(II) - Transportation of |
| MACIAS-GARCIA (2), ) | Illegal Aliens and Aiding and Abetting |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about August 6, 2008, within the Southern District of California, defendants CHARLES HARVEY and ALEJANDRO ABAD MACIAS-GARCIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Ruentes-Oñate, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//

//

LC:fer:San Diego
8/20/08

Count 2

On or about August 6, 2008, within the Southern District of California, defendants CHARLES HARVEY and ALEJANDRO ABAD MACIAS-GARCIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Lorenzo Fuentes-Fuentes, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about August 6, 2008, within the Southern District of California, defendants CHARLES HARVEY and ALEJANDRO ABAD MACIAS-GARCIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gerardo Hernandez-Enriquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: August 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

2