UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 OCT -7 AM 9: 05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>ALEJANDRO ABAD MACIAS-GARCIA (2),<br><br>               Defendant. | CASE NO. 08CR2789-WQH<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: <u>8 USC 1324 (a)(1)(A)(ii) AND (V)(II) TRANSPORATION OF ILLEGAL ALIENS AND AIDING AND ABETTING</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 6, 2008

WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

ENTERED ON 10/6/08